# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CINQUE STALLWORTH** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 10-4167** |
| **MARLIN GUSMAN, ET AL.** | **SECTION: "B"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's 42 U.S.C. § 1983 claims against the defendant, Sheriff Marlin Gusman, be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e, and for otherwise failing to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that plaintiff's 42 U.S.C. § 1983 claim for medical indifference against the defendants be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e, and for otherwise failing to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the plaintiff's § 1983 failure to protect claims against the defendants, Captain Holt, Sergeant Washington, and Deputy J. Mills, proceed forward and remain automatically referred to the Magistrate Judge for further proceedings.

New Orleans, Louisiana, this day of 29th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE


**CLERK TO NOTIFY MAGISTRATE
JUDGE KAREN WELLS ROBY**