UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CINQUE STALLWORTH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4167** |
| **MARLIN GUSMAN, J. MILLS, CAPTAIN HOLT, SGT. WASHINGTON** | **SECTION: "B"(4)** |

## ORDER

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Cinque Stallworth's 42 U.S.C. § 1983 claims for failure to protect claims against the defendants, Captain Holt, Sergeant Washington, and Deputy J. Mills, are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for the plaintiff's failure to prosecute, all other claims and defendants having been previously dismissed.

New Orleans, Louisiana, this 28th day of November, 2011.

UNITED STATES DISTRICT JUDGE